No. 605. FULTON BAG & COTTON MILLS v. UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. W. A. Sutherland* and *Joseph B. Brennan* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour* and *Charles F. Kincheloe* for the United States.

No. 636. RADIO INVESTMENT CO., INC. (STATION WNJ) v. FEDERAL RADIO COMMISSION ET AL. March 4, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Wm. J. Hughes, Jr.,* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Wm. G. Davis,* and *Duke M. Patrick* for the Federal Radio Commission, respondent. *Mr. Paul M. Segal* for New Jersey Broadcasting Corp., respondent.

No. 642. WILLIAMS, ADMINISTRATRIX, v. WILLIAMS. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George F. Rearick* and *James H. Dyer* for petitioner. *Mr. Edmund D. Adcock* for respondent.

No. 644. POWER v. COMMISSIONER OF INTERNAL REVENUE. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William H. Oppenheimer, Frank C. Hodgson,* and *Montreville J. Brown* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Wm. H. Riley, Jr.,* for respondent.